DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BLADE EDWARD RUSSO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0914

_____

June 26, 2024

Appeal from the Circuit Court for Pasco County; Mary Handsel, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

KELLY, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.